AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05  772__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

__NOV 0 9 2005__                 __Joseph J. Saienni III__
(Date forms issued)              (Signature of Party or their Representative)

                                 __Joseph J. Saienni III__
                                 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action