IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMPAX LABORATORIES, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>SHIRE LABORATORIES INC.,<br><br>                    Defendant. | Civil Action No. _____ |

**PLAINTIFF IMPAX LABORATORIES, INC.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff certifies that IMPAX Laboratories, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

November 9, 2005

By: _____
Mary B. Matterer (#2696)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com

Attorneys for Defendant
Impax Laboratories, Inc.

OF COUNSEL
Philip J. McCabe
KENYON & KENYON
333 West San Carlos Street
Suite 600
San Jose, CA 95110
(408) 975-7500

C. Kyle Musgrove
Robert F. Vroom
KENYON & KENYON
1500 K Street, N.W.
Washington, D.C. 20005
(202) 220-4200

Michael A. Siem
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200