IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMPAX LABORATORIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-772-GMS |
| v. ) | |
| ) | |
| SHIRE LABORATORIES INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER

WHEREAS Impax Laboratories, Inc. ("Impax") filed a Complaint against Shire Laboratories Inc. ("Shire") on November 9, 2005;

WHEREAS Shire has requested, and Impax has agreed to, an extension to move, answer or otherwise respond to the Complaint due to the fact that the response time fell over the Thanksgiving holiday and because Shire is currently considering a request by Impax to proceed with this case in Delaware notwithstanding an earlier filed case on the same patent in the Southern District of New York against Impax and Barr Laboratories, Inc.;

WHEREAS, Impax has requested, and Shire has agreed, that Shire will notify Impax on December 5, 2005 of the general nature of its intended response;

WHEREAS, Impax has also requested, and Shire has agreed to, an extension to January 6, 2006 to move, answer or otherwise respond to the Complaint filed by Shire in the Southern District of New York;

WHEREAS, Shire has requested, and Impax has agreed, that Impax will notify Shire on December 19, 2005 of the general nature of its intended response;

RLF1-2950309-1

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties and subject to the approval of the Court, that the time within which Shire must move, answer or otherwise respond to the Complaint is extended through and including December 22, 2005.

| | |
|---|---|
| /s/ Mary B. Matterer | Kelly E. Farnan |
| Mary B. Matterer (#2696) | Frederick L. Cottrell, III (#2555) |
| mmatterer@morrisjames.com | cottrell@rlf.com |
| Morris James Hitchens & Williams LLP | Kelly E. Farnan (#4395) |
| PNC Bank Center | farnan@rlf.com |
| 222 Delaware Avenue, 10th Floor | One Rodney Square |
| Wilmington, Delaware 19801 | P.O. Box 551 |
| Telephone: (302) 888-6800 | Wilmington, DE 19899 |
| Facsimile: (302) 571-1750 | Telephone: (302) 651-7700 |
| Attorneys for Plaintiff Impax Laboratories | Facsimile: (302) 651-67701 |
| | Attorneys for Defendant Shire Laboratories Inc. |
| November 29, 2005 | November 29, 2005 |

**SO ORDERED** this _____ day of November, 2005

_____
The Honorable Gregory M. Sleet
United States District Judge