IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMPAX LABORATORIES, INC., </br></br>Plaintiff,</br></br>v.</br></br>SHIRE LABORATORIES INC.,</br></br>Defendant. | )</br>)</br>)</br>)</br>)   Civil Action No. 05-772-GMS</br>)</br>)</br>)</br>)</br>)</br>) |

### SHIRE LABORATORIES INC.'S MOTION TO DISMISS

Defendant Shire Laboratories Inc., by and through its undersigned counsel, hereby moves for an order, in a form substantially similar to the attached Order, dismissing the present action in favor of a first-filed action in the Southern District of New York. In the alternative, Shire Laboratories Inc. requests an Order transferring the present action to the Southern District of New York. The grounds for this motion are set forth in the brief and accompanying exhibits filed contemporaneously herewith.

*Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Defendant Shire Laboratories Inc

OF COUNSEL:
Edgar H. Haug
Steven M. Amundson
Porter F. Fleming
Sandra Kuzmich
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

Dated: December 22, 2005

RLF1-2961833-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IMPAX LABORATORIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-772-GMS |
| v. | ) | |
| | ) | |
| SHIRE LABORATORIES INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROPOSED ORDER**

This ____ day of _____ 2006, the Court having considered the Defendant's motion dismiss, IT IS ORDERED that Shire Laboratories Inc.'s Motion to Dismiss is GRANTED.

_____
The Honorable Gregory M. Sleet
United States District Judge

RLF1-2961836-1

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**BY HAND**
Richard K. Herrmann, Esquire
Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801

I hereby certify that on December 22, 2005, the foregoing document was sent to the following non-registered participants in the manner indicated::

**BY FEDERAL EXPRESS**
Philip J. McCabe, Esquire
Amy L. Hulina, Esquire
Kenyon & Kenyon
333 W. San Carlos Street, Suite 300
San Jose, CA 95110

C. Kyle Musgrove, Esquire
Robert F. Vroom, Esquire
Kenyon & Kenyon
1500 K Street, N.W.
Washington, DC 20005

Michael A. Siem, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com

RLF1-2851039-1