## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IMPAX LABORATORIES, INC.,

                  Plaintiff,

      v.

SHIRE LABORATORIES INC.,

                  Defendant.

Civil Action No.: 05-772 GMS

## NOTICE OF FIRM REGISTRATION AS AN LLP AND NAME CHANGE

PLEASE TAKE NOTICE that KENYON & KENYON has registered as a limited

liability partnership, effective January 1, 2006, and has changed its name to KENYON &

KENYON LLP.

MORRIS JAMES HITCHENS & WILLIAMS LLP

By: _____
      Richard K. Herrmann (I.D. #405)
      Mary B. Matterer (I.D. #2696)
      222 Delaware Avenue, 10th Floor
      P.O. Box 3206
      Wilmington, DE  19899
      (302) 888-6800

OF COUNSEL:
Philip J. McCabe
KENYON & KENYON LLP
333 West San Carlos Street, Suite 600
San Jose, CA  95110
(408) 975-7500

C. Kyle Musgrove
Robert F. Vroom
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, D.C.  20005
(202) 220-4200

Michael A. Siem
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200

Dated: January 3, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2006, I caused to be electronically filed the foregoing document, **NOTICE OF FIRM REGISTRATION AS AN LLP AND NAME CHANGE,** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19801

Additionally, I hereby certify that on the 3rd day of January, 2006, the foregoing document was served via email on the following non-registered participants:

Sandra Kuzmich, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151
skuzmich@flhlaw.com

Dated: January 3, 2006          MORRIS JAMES HITCHENS & WILLIAMS LLP

By:_____ */s/ Mary B. Matterer*_____
        Mary B. Matterer (#2696)
        222 Delaware Avenue, 10th Floor
        Wilmington, Delaware 19801
        302.888.6800
        mmatterer@morrisjames.com

        *Attorneys for Impax Laboratories, Inc.*