IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMPAX LABORATORIES, INC., | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-772-GMS |
| v. | ) |
| SHIRE LABORATORIES INC., | ) |
| Defendant. | ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties and subject to the approval of the Court, that the time within which Shire must file its Reply Brief on its Motion to Dismiss in Favor of a First- Filed Action (D.I. 6) is extended through and including January 23, 2006. The extension is requested because the parties are currently preparing the Joint Pre-Trial Order and required papers to be filed on January 19 in this Court and Shire needs the additional time to adequately prepare its Reply Brief.

| | |
|---|---|
| /s/ Mary B. Matterer | Kelly E. Farnan |
| Mary B. Matterer (#2696) | Frederick L. Cottrell, III (#2555) |
| mmatterer@morrisjames.com | cottrell@rlf.com |
| Morris James Hitchens & Williams LLP | Kelly E. Farnan (#4395) |
| PNC Bank Center | farnan@rlf.com |
| 222 Delaware Avenue, 10th Floor | One Rodney Square |
| Wilmington, Delaware 19801 | P.O. Box 551 |
| Telephone: (302) 888-6800 | Wilmington, DE 19899 |
| Facsimile: (302) 571-1750 | Telephone: (302) 651-7700 |
| Attorneys for Plaintiff Impax Laboratories | Facsimile: (302) 651-67701 |
| | Attorneys for Defendant Shire Laboratories Inc. |
| January 13, 2006 | January 13, 2006 |

RLF1-2969647-1

**SO ORDERED** this _____ day of January, 2006.

_____
The Honorable Gregory M. Sleet
United States District Judge

RLF1-2904838-1
RLF1-2969647-1