# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

January 20, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: Shire Laboratories Inc. v. Impax Laboratories, Inc., Consolidated C.A. No. 03-1164; Impax Laboratories, Inc. v. Shire Laboratories Inc., C.A. No. 05-772

Dear Judge Sleet:

      I write on behalf of both Shire Laboratories Inc. and Impax Laboratories, Inc. to inform the Court that the parties have resolved all claims between them in the above-captioned actions. The parties have executed the settlement documents and expect to submit the appropriate dismissal papers to Your Honor next week according to the parties' agreement.

      If Your Honor has any questions regarding the foregoing, counsel remains available at the Court's convenience.

Respectfully,

*Kelly E. Farnan*

Kelly E. Farnan (#4395)

KEF:kef
cc: Mary B. Matterer, Esquire (via hand delivery)

RLF1-2971901-1