UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMPAX LABORATORIES, INC., : <br><br> Plaintiff, : <br><br> v. : <br><br> SHIRE LABORATORIES INC., : <br><br> Defendant. : | Civil Action No. 05-772 (GMS) |

## STIPULATED DISMISSAL WITH PREJUDICE

WHEREAS, Civil Action No. 05-772 (GMS) for declaratory judgment was brought by Plaintiff Impax Laboratories, Inc. ("Impax"), against Defendant Shire Laboratories Inc. ("Shire") (collectively, the "Parties"), for a finding of non-infringement or invalidity or unenforceability of United States Patent No. 6,913,768 (the "'768 Patent") ("this Action");

WHEREAS, Shire has moved to dismiss and/or transfer this Action to the pending action brought by plaintiff Shire against Impax for a finding of infringement of the '768 Patent in the U.S. District Court for the Southern District of New York (Civil Action No. 05-CV-8903 (RO) (RLE)) (the "New York Action");

WHEREAS, the Parties are litigating the '768 Patent in this Action; and

WHEREAS, the Parties seek to dismiss this Action with prejudice in favor of the pending New York Action, so that a consent judgment may be entered in the New York Action in which Impax consents to infringement, validity and enforceability of the '768 Patent.

NOW, THEREFORE, the Parties agree as follows:

RLF1-2972905-1

Pursuant to Federal Rule of Civil Procedure 41, Impax and Shire hereby stipulate that all claims asserted by Impax against Shire in this Action shall be, and hereby are, dismissed with prejudice, without costs to either party, and without right of appeal. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Mary Matterer | /s/ Kelly E. Farnan |
| Mary B. Matterer (#2696) | Frederick L. Cottrell, III (#2555) |
| mmatterer@morrisjames.com | cottrell@rlf.com |
| Morris James Hitchens & Williams LLP | Kelly E. Farnan (#4395) |
| PNC Bank Center | farnan@rlf.com |
| 222 Delaware Avenue, 10th Floor | Richards, Layton & Finger, P.A. |
| Wilmington, Delaware 19801 | One Rodney Square |
| Telephone: (302) 888-6800 | P.O. Box 551 |
| Facsimile: (302) 571-1750 | Wilmington, Delaware 19899 |
| | Telephone: (302) 651-7700 |
| | Facsimile: (302) 651-7701 |
| Of Counsel: | |
| Michael A. Siem | Of Counsel: |
| Kenyon & Kenyon LLP | Edgar H. Haug |
| One Broadway | Steven M. Amundson |
| New York, NY 10004 | Porter F. Fleming |
| (212) 425-7200 | Sandra Kuzmich |
| | Frommer Lawrence & Haug LLP |
| Philip J. McCabe | 745 Fifth Avenue |
| Kenyon & Kenyon LLP | New York, New York 10151 |
| 333 West San Carlos Street | Telephone: (212) 588-0800 |
| Suite 600 | Facsimile: (212) 588-0500 |
| San Jose, CA 95110 | |
| (408) 975-7500 | |
| | |
| C. Kyle Musgrove | |
| Robert F. Vroom | |
| Kenyon & Kenyon LLP | |
| 1500 K Street, N.W. | |
| Washington, D.C. 20005 | |
| (202) 220-4200 | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Impax Laboratories, Inc. | Shire Laboratories Inc. |
| | |
| Dated: January 23, 2006 | Dated: January 23, 2006 |

**SO ORDERED** this _____ day of _____, 2006.

_____
Gregory M. Sleet, J.